UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| PENNY A. FLYNN,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF BARTON and<br>INCORPORATED VILLAGE OF<br>ORLEANS,<br>    Defendants. | )<br>)<br>)<br>)   **Case No. 2:24-cv-00076**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT TOWN OF BARTON

Now comes Penny Flynn, by and through her attorneys, Gregory Fox and Grace B. Pazdan of Vermont Legal Aid, Inc., and states as follows:

1. On January 23, 2024, Plaintiff commenced the above-captioned action by filing a Complaint against the Town of Barton (the "Town") and Incorporated Village of Orleans (the "Village").

2. By stipulation approved by the Court on April 19, 2024, the Defendants' time to answer the Complaint is June 28, 2024 [Dkt. No. 12]. Neither the Town nor the Village has yet filed or served an answer or a motion for summary judgment.

3. Pursuant to the Settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses all of the claims set forth in the Complaint **without prejudice as against Defendant Town**.

Dated in Montpelier, Vermont, this 17th day of June, 2024.

                                          Respectfully submitted,

                                          */s/ Gregory Fox*
                                          Gregory Fox, Esq.
                                          Vermont Legal Aid, Inc.
                                          56 College Street
                                          Montpelier, VT 05602
                                          802-223-6377
                                          gfox@vtlegalaid.org

                                          For the Plaintiff